- 18 U.S.C. § 231(a)(3) - Civil Disorder;
    - 1. A term of imprisonment of not more than 5 years;
    - 2. A term of supervised release of not more than 3 years;
    - 3. A fine not to exceed $250,000; and
    - 4. A special assessment of $100.

- 18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon;
    - 1. A term of imprisonment of not more than 8 years;
    - 2. A term of supervised release of not more than 3 years;
    - 3. A fine not to exceed $250,000; and
    - 4. A special assessment of $100.

- 18 U.S.C. § 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon;
    - 1. A term of imprisonment of not more than 20 years;
    - 2. A term of supervised release of not more than 5 years;
    - 3. A fine not to exceed $250,000; and
    - 4. A special assessment of $100.

- 18 U.S.C. § 1752(a)(1) and (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
    - 1. A term of imprisonment of not more than 10 years;
    - 2. A term of supervised release of not more than 3 years;
    - 3. A fine not to exceed $250,000; and
    - 4. A special assessment of $100.

- 18 U.S.C. § 1752(a)(2) and (b)(1)(A) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
    - 1. A term of imprisonment of not more than 10 years;
    - 2. A term of supervised release of not more than 3 years;
    - 3. A fine not to exceed $250,000; and
    - 4. A special assessment of $100.

- 18 U.S.C. § 1752(a)(4) and (b)(1)(A) - Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
    - 1. A term of imprisonment of not more than 10 years;
    - 2. A term of supervised release of not more than 3 years;
    - 3. A fine not to exceed $250,000; and
    - 4. A special assessment of $100.

- 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
    - 1. A term of imprisonment of not more than 6 months;
    - 2. A term of probation of not more than 5 years;
    - 3. A fine not to exceed $5,000; and
    - 4. A special assessment of $10.

- 40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.
    - 1. A term of imprisonment of not more than 6 months;
    - 2. A term of probation of not more than 5 years;
    - 3. A fine not to exceed $5,000; and
    - 4. A special assessment of $10.